IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

JUSTIN C. HARRIS,

      Petitioner,

v.                                                              Case No.  5D16-729

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed May 20, 2016

Petition for Belated Appeal
A Case of Original Jurisdiction.

Justin C. Harris, Milton, pro se.

Pamela Jo Bondi, Attorney General Tallahassee, and Kaylee D. Tatman, Assistant Attorney General, Daytona Beach, for Respondent.

PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the order denying motion for post-conviction relief rendered January 22, 2016, in Case No. 2010-CF-8729, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).

PETITION GRANTED.

SAWAYA, EVANDER, LAMBERT, JJ., concur.